RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 23 2015
Abel Acosta, Clerk

83,537-01

To whom it may concern at the criminal court of appeals, my name is Ricardo Ruiz T.D.C.J.# 1982175, I have filed a hebeas corpus and I am hopeing that my writ will be granted because I am not lieing about my grounds and I'm not guilty of the crime IV been charged with. My attorney at the time that was repersenting me did not ever tell me if he filed any motions and I didn't get to pay him completly for his services, and when I was trying to go to trial he had used that against me, he said since he was'nt payed completly that he was'nt going to repersent me like he would in trial if he was paid in full, so I felt like I was going to get a lot of time because he told me I would if I didn't sign the plea bargin agreement. Also he said that if I would sign that the D.A. wouldn't use my juvenile felony against me to enhance me so I wouldn't be a repeat felony offender, but when I recived my procedural history he did and that wasn't apart of the plea bargin agreement, so the prosecutor failed to keep bargin and my attorney at the time was more against me then helping me, and he did call me into his office like he said but he never went over anything from my file accepet the video tape statement to the police. And the times I did go to his office he told me that he really needed to see other clinet's because there were about to go to trail that week, so the times I did met him he did the same thing evrytime so there was'nt ever enough time to review anything from my cace accepet

one part of my video tape statement. Honestly I feel very unfairly treated and the court and my ex attorney are not being truthful, I really need this chance to prove that I am not guilty, also I wouldn't lie I no that I can get a charge for saying false allegations and I cant afford that at all. I want to let the court know that I have two little boy's one has just turned 2 year's old and my other boy is about to be 6 month's old and I want to be in there life's I dont deserve to be in prison for false allegations my wife and kid's need me, my wife does not come and see me and she dont let my kids come either because of this charge. My family tell's me my wife is not being a good mother any more since I'v been in here and that my boy's are not in a good environment I was raised with with my grandparent's and I did'nt have a father or get to know him before he past away, I dont want my kid's to go through the same type of life that I did. Im a good person and a good father and I need a chance to prove it, that is why I did the 11.07 by myself because I left my life and freedom in some one else's hand's and they did'nt care what happend to me and I regret that I did'nt know how to repersent myself. Also the resson why I could'nt concentrate when I was in court is because I was very emotional because my wife was pregant with my second son at the time, and that is when I signed the plea-bargin so I really was'nt in the right state of mind to deal with makeing my own decesion's, I could'nt

control my emotion in the court room, I was crying and I wasn't thinking about myself I was just thinking about how my wife is going to be able to deal with me going to prison. I just wanted to let the criminal court of appeal's know that, not to feel bad for me but I just wanted to let you know the truth, I no that I can get more time if I get a chance to go to trial and lose but I know I wont because I'm not lieing and I'm not the person that they are lableing me as. I also wanted to let you know that I wasn't set for trial the day I went to court and signed 10-20-14, I was set for trail on 11-17-14 I have a copy of that and my attorney Daniel vela wasn't the attorney my grandmother hired it was Rolando Ramos and he didn't repersent me, also we never signed a contract to show that he was my attorney or what my payment plans were. I didn't even get to completly pay my attorney so I feel that there is conflict of interest because of the type of case and because I didn't completly pay him for his Services, and that is very unfair for me and I wanted to go to trial but he curesed me into signing and lied to me by saying I didn't have a chance if I went to trial. And I have mental disorder and Mr. vela failed to request a mental health expert lawyer and he knew of my disorders because he told the judge about them before I was sentenced, but I'v been trying to get my transcripts and they have'nt gave them to me

and my grandmother has been trying to get them but they dont give them to her, they say they lost them. And I recived a copy of the writ that they typed and they said they sent one to you but it's not the writ I did it's in there own word's and I would rather them send you a copy of my original because they are leaving things I said out from my writ that I wrote. well thank you for your time and seeing what I have to say and Im being honest about the statement's I'm saying.

Ricardo Ruiz